UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. 6:96cr49 |
| ABDUL KAREM LUQMAN | § | |

**<u>ORDER</u>**

The above entitled and numbered criminal action was referred to United States Magistrate Judge Harry W. McKee pursuant to 28 U.S.C. §636.  The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.  All the parties agreed to waive their ten day objection period at the revocation hearing, and no objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

 **SIGNED this 20th day of December, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE